In re:                                                              Case No. 19-00951-HWV
Randy A. Doll                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1       User: DGeorge       Page 1 of 1       Date Rcvd: Apr 15, 2019
                     Form ID: ntcnfhrg     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2019.
```
db              +Randy A. Doll,    817 Lancaster Avenue,   York, PA 17403-2927
5170542          Advanced Vein and Laser Center,   191 Leader Heights Road,   York, PA 17402-4714
5170543         +Beech Tree Podiatry, PC,   1546 E. Market Street,    York, PA 17403-1255
5170544         +Citibank/Goodyear,   Citibank Corp/Centralized Bankrupty,   Po Box 790034,
                 St Louis, MO 63179-0034
5170545         +Fay Servicing Llc,   Attn: Bankruptcy,    440 S Lasalle St Suite 2000,   Chicago, IL 60605-5011
5180144         +Fay Servicing, Llc,   c/o McCalla RAYMER LEIBERT PIERCE, LLC,   Bankruptcy Department,
                 1544 Old Alabama Road,   Roswell, GA 30076-2102
5170546         +Internal Medicine Consultants of Yo,   1777 Fifth Avenue,   York, PA 17403-2698
5170549         +Michelle Ross, Tax Collector,   Township of Spring Garden,   558 S Ogontz Street,
                 York, PA 17403-5709
5170550         +New Cumberland F C U,   345 Lewisberry Rd,   New Cumberland, PA 17070-2306
5171865         +New Cumberland Federal Credit Union,   PO Box 658,   New Cumberland, PA 17070-0658
5170551          Peerless Credit Services, Inc,   PO Box 518,   Middletown, PA 17057-0518
5170553         +Santander Bank,   Mail Code: MA1-MB3-01-21,   2 Morrissey Boulevard,   Boston, MA 02125-3312
5184042         +Santander Bank, N.A.,   450 Penn Street, MC: 10-421-MC3,   Reading, PA 19602-1011
5170555         +Springwood Dental Associates P.C.,   2084 Springwood Road,   York, PA 17403-4835
5170556          Weaver Eye Associates LLC,   2791 S. Queen Street,   Etters, PA 17319-9540
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5170547         +E-mail/Text: unger@members1st.org Apr 15 2019 19:49:31      Members 1st,   Attn: Bankruptcy Dept,
                 5000 Louise Dr,   Mechanicsburg, PA 17055-4899
5170548         +E-mail/Text: unger@members1st.org Apr 15 2019 19:49:31      Members 1st Fcu,
                 Attn: Bankruptcy Dept,   5000 Louise Drive,   Mechanicsburg, PA 17055-4899
                                                                                           TOTAL: 2
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5170552          Santander
cr*             +Fay Servicing, LLC,   c/o McCalla Raymer Leibert Pierce, LLC,   Bankruptcy Department,
                 1544 Old Alabama Road,   Roswell, GA 30076-2102
5170554*        +Santander Bank,   Mail Code: MA1-MB3-01-21,   2 Morrissey Boulevard,   Boston, MA 02125-3312
                                                                            TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Metropolitan Life Insurance Company
              bkgroup@kmllawgroup.com
              Stephen Wade Parker    on behalf of Debtor 1 Randy A. Doll Mooneybkecf@gmail.com,
              r61895@notify.bestcase.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Randy A. Doll,

      **Debtor 1**

Chapter     13

Case No.     1:19–bk–00951–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 15, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: May 22, 2019 Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 (717) 901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: DGeorge, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 15, 2019 |

ntcnfhrg (03/18)