IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RANDY A. DOLL     CHAPTER 13
            DEBTOR     CASE NO.: 1:19-bk-00951

**NOTICE OF ENTRY OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

     Kindly enter my appearance on behalf of Debtor Randy A. Doll for the above referenced case.

                                             **By: /s/ Nicholas G. Platt**
                                             Nicholas G. Platt 327239
                                             MOONEY LAW
                                             230 York Street
                                             Hanover, PA 17331
                                             ngp@mooney4law.com
                                             (717) 632-4656 Phone
                                             (717) 632-3612 Fax

Dated: February 11, 2021