UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

Randall A Doll

        Debtor

Case No.: 19-00951
Adversary No.: ___
Chapter: 13
Judge: Henry W Van Eck

# CHANGE OF ADDRESS

**Creditor Name:** Santander Bank, N.A.

Old Payment Address:

PO Box 16255
MC: 10-421-CP2
Reading, PA 19612

New Payment Address:

PO Box 847051
Boston, MA 02284-7051

Date: 11/07/2021

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In Re: Chapter #13
Randall A Doll Case No. 19-00951
Honorable Henry W Van Eck

Debtor

_____/

## CERTIFICATE OF SERVICE

    I, Melissa A. Epler, of Santander Bank, N.A., do hereby certify that on November 7, 2021, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

    Signed under the penalties of perjury, this 7th day of November 2021.

*Melissa A. Epler*
Melissa A. Epler
Santander Bank, N.A.
Bankruptcy Administrator
450 Penn Street
Reading, PA 19602
(484) 512-3552
Email: DeftBkr@santander.us

VIA US MAIL
Randall A Doll
817 Lancaster Ave
York, PA 17403

VIA ECF
Jack N Zaharopoulos
8125 Adams Dr Ste A
Hummelstown, PA 17036

Nicholas G Platt
ngp@mooney4law.com