# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:  Randy A. Doll

                                Case No.: 1-19-00951HWV

                                Chapter 13

**Debtor(s)**                          **Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Fay Servicing, LLC |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 0165 |
| Property Address if applicable: | 817 Lancaster Avenue |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $0.00 |
| b. | Prepetition arrearages paid by the trustee: | $0.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $0.00 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage was paid through the Trustee from March 2019 through December 2023.

| | |
|---|---|
| Current monthly mortgage payment: | $806.24 |
| The next post-petition payment was due on: | February 2020 |

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating

whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: March 26, 2024                                           Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Randy A. Doll

                                                    Case No.: 1-19-00951HWV

                                                    Chapter 13

**Debtor(s)**

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 26, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Nicholas G. Platt, Esquire
Mooney Law
230 York Street
Hanover, PA  17331

**Served by First Class Mail**
Fay Servicing, LLC
Bankruptcy Department
PO Box 814609
Dallas, TX  75381-4609


Randy A. Doll
817 Lancaster Avenue
York, PA  17403

I certify under penalty of perjury that the foregoing is true and correct.


Date:  March 26, 2024                   /s/  Donna Schott
                                        Office of the Standing Chapter 13 Trustee
                                        Jack N. Zaharopoulos
                                        Suite A, 8125 Adams Dr.
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-00951    **RANDY A. DOLL**

**FAY SERVICING, LLC**
PO BOX 814609

DALLAS, TX   75381-4609

**Acct No:** 0165

SURR'D 2ND AP

Sequence: 07
Modify:
Filed Date:
Hold Code: X

| | | | Debt: | $41,924.48 | Interest Paid: | | $0.00 |
|---|---|---|---|---|---|---|---|
| Amt Sched: | | $0.00 | | | Accrued Int: | | $0.00 |
| Amt Due: | $806.24 | | Paid: | $806.24 | Balance Due: | | $41,118.24 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5010** | **FAY SERVICING, LLC** | | | | | | | |
| 501-0 | FAY SERVICING, LLC | | 01/16/2020 | 1212209 | $806.24 | $0.00 | $806.24 | 01/28/2020 |
| | | | | | | Payment for 1/2020 | | |
| | | | | **Sub-totals:** | $806.24 | $0.00 | $806.24 | |
| | | | | **Grand Total:** | $806.24 | $0.00 | | |