**Fill in this information to identify the case:**

Debtor 1       Randy A. Doll

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Middle    District of    Pennsylvania
                                                                        (State)

Case number    1:19-bk-00951-HWV

## Form 4100R

# Response to Notice of Final Cure Payment                          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

---

**Part 1:    Mortgage Information**

Name of creditor:    Metropolitan Life Insurance Company        **Court claim no.** (if known):
                                                                                        5-1

**Last 4 digits** of any number you use to identify the debtor's account:    0  1  6  5

Property address:    817 Lancaster Avenue
                                Number    Street

                                York,                          PA        17403
                                City                          State    ZIP Code

---

**Part 2:    Prepetition Default Payments**

*Check one:*

☐ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim.

☒ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date    $ ___**___
of this response is:

** Property was surrendered effective upon entry
of Confirmation Order entered on February 27,
2020 (Doc. 33) and was subsequently sold at
Sheriff's Sale.

**Part 3:    Postpetition Mortgage Payment**

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of
the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    ___/___/___
                                                                                        MM / DD  / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5)
of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                                            (a)  $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:                    +  (b)  $ _____

c.  **Total**. Add lines a and b.                                                        (c)  $ _____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became    **__/**__/****        ** Property was surrendered effective upon entry
due on:                                                                    MM / DD  / YYYY        of Confirmation Order entered on February 27,
                                                                                                        2020 (Doc. 33) and was subsequently sold at
                                                                                                        Sheriff's Sale.

---

| Debtor 1 | Randy A. Doll | | | Case number _(if known)_ 1:19-bk-00951-HWV |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ▪ all payments received;
- ▪ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ▪ all amounts the creditor contends remain unpaid.

---

| **Part 5:** | **Sign Here** |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| ✗ /s/ Lauren Moyer | | Date 04 / 16 / 2024 |
|---|---|---|
| Signature | | |

| Print | Lauren | | Moyer | | Title _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | Friedman Vartolo LLP |
|---|---|

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 1325 Franklin Avenue, Suite 160 |
|---|---|
| | Number          Street |

| | Garden City | NY | 11530 |
|---|---|---|---|
| | City | State | ZIP Code |

| Contact phone ( 212 ) 471 – 5100 | Email Bankruptcy@friedmanvartolo.com |
|---|---|

---

Fay Servicing, LLC
Post Petition Payment Ledger

| Pmt Due/Comments | Amt Due | Date Received | Amt Rec'd | Pmt Satisified | To/From Suspense | Suspense Balance |
|---|---|---|---|---|---|---|
| | | | | | $ - | $ - |
| | $ 806.24 | 1/27/2020 | $ 806.24 | 04/01/19 | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------X

|  |  |  |
|---|---|---|
| IN RE: | : | CASE NO.: 1:19-bk-00951-HWV |
|  | : | CHAPTER: 13 |
| Randy A. Doll, | : |  |
|  | : | **CERTIFICATE OF SERVICE** |
| Debtor. | : |  |
|  | : | HON. JUDGE.: Henry W. Van Eck |
|  | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
|  | : |  |

-----------------------------------------------------------------X

### CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE

The undersigned counsel for Fay Servicing, LLC as servicer for Metropolitan Life Insurance Company ("Secured Creditor") certify that, on the date stated hereon, I caused to be served a copy of the Notice of Appearance filed on behalf of Secured Creditor on the parties in the manner specified on the attached service list.

The type(s) of service made on the parties was: electronic notification or first-class mail, postage pre-paid. Where service is by electronic notification, the address of the party is listed for identification purposes only.

EXECUTED ON: April  16  , 2024
                          Garden City, New York

                               FRIEDMAN VARTOLO, LLP.

                               By:  _/s/ *Lauren Moyer*___
                               Lauren Moyer, Esq.
                               FRIEDMAN VARTOLO LLP
                               Attorneys for Movant
                               1325 Franklin Avenue, Suite 160
                               Garden City, New York 11530
                               T: (212) 471-5100
                               F: (212) 471-5150
                               Bankruptcy@FriedmanVartolo.com

**<u>Service by NEF</u>**

**Trustee**
Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

**Debtor's Counsel**
Nicholas G. Platt
Mooney Law
230 York Street
Hanover, PA 17331

**U.S. Trustee**
United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

**<u>Service by First-Class Mail</u>**

**Debtor**
Randy A. Doll
817 Lancaster Avenue
York, PA 17403