United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                     Case No. 19-00951-HWV

Randy A. Doll                                               Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                            User: AutoDocke                          Page 1 of 2

Date Rcvd: Jun 20, 2024                    Form ID: fnldecnd                       Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Randy A. Doll, 817 Lancaster Avenue, York, PA 17403-2927 |
| 5170542 | | Advanced Vein and Laser Center, 191 Leader Heights Road, York, PA 17402-4714 |
| 5170546 | + | Internal Medicine Consultants of Yo, 1777 Fifth Avenue, York, PA 17403-2698 |
| 5191684 | | Metropolitan Life Insurance Company, PO Box 814609,, Dallas, TX 753814609 |
| 5170550 | + | New Cumberland F C U, 345 Lewisberry Rd, New Cumberland, PA 17070-2306 |
| 5171865 | + | New Cumberland Federal Credit Union, PO Box 658, New Cumberland, PA 17070-0658 |
| 5184042 | | Santander Bank, N.A., PO Box 847051, Boston, MA 02284-7051 |
| 5170555 | + | Springwood Dental Associates P.C., 2084 Springwood Road, York, PA 17403-4835 |
| 5170556 | | Weaver Eye Associates LLC, 2791 S. Queen Street, Etters, PA 17319-9540 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECF@fayservicing.com | Jun 20 2024 19:09:00 | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + | Email/Text: DeftBkr@santander.us | Jun 20 2024 19:09:00 | Santander Bank, N.A., 450 Penn Street, MC: PA-450-FB1, Reading, PA 19602-1011 |
| 5199174 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 20 2024 19:19:18 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5170544 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 20 2024 19:19:14 | Citibank/Goodyear, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5170545 | | Email/Text: ECF@fayservicing.com | Jun 20 2024 19:09:00 | Fay Servicing Llc, Attn: Bankruptcy, 440 S Lasalle St Suite 2000, Chicago, IL 60605 |
| 5180144 | | Email/Text: BankruptcyECFMail@mccalla.com | Jun 20 2024 19:09:00 | Fay Servicing, LLC, c/o McCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5170547 | + | Email/Text: unger@members1st.org | Jun 20 2024 19:10:00 | Members 1st, Attn: Bankruptcy Dept, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 5170548 | + | Email/Text: unger@members1st.org | Jun 20 2024 19:10:00 | Members 1st Fcu, Attn: Bankruptcy Dept, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5170553 | + | Email/Text: DeftBkr@santander.us | Jun 20 2024 19:09:00 | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5170552 | | Santander |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5170554 | *+ | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 5170543 | ##+ | Beech Tree Podiatry, PC, 1546 E. Market Street, York, PA 17403-1255 |
| 5170549 | ##+ | Michelle Ross, Tax Collector, Township of Spring Garden, 558 S Ogontz Street, York, PA 17403-5709 |
| 5170551 | ## | Peerless Credit Services, Inc, PO Box 518, Middletown, PA 17057-0518 |

TOTAL: 1 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2024　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Metropolitan Life Insurance Company bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Fay Servicing  LLC bkgroup@kmllawgroup.com |
| Lauren Marie Moyer | on behalf of Creditor Metropolitan Life Insurance Company bkecf@friedmanvartolo.com ecfmail@ecf.courtdrive.com |
| Nicholas G. Platt | on behalf of Debtor 1 Randy A. Doll ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Randy A. Doll, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:19−bk−00951−HWV |

Social Security No.:
xxx−xx−4915

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Randy A. Doll** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: June 20, 2024

**fnldec** (01/22)